Form 210A (10/06)

# United States Bankruptcy Court
## EASTERN DISTRICT of NORTH CAROLINA

In re

Eric Barnes

Chapter **13**
Case No. 08-06891

## JOINT NOTICE OF TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a).  Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| eCAST Settlement Corporation | HSBC Bank Nevada, N.A. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known):   10 |
| | Amount of Claim:   1293.63 |
| | Date Claim Filed:   01/28/2009 |
| eCAST Settlement Corporation | Amended Claim #: |
| C/O Bass & Associates, P.C. | Amended Date Claim Filed: |
| 3936 E. Ft. Lowell Rd. | |
| Tucson, AZ 85712 | Name and Current Address of Transferor |
| Telephone: (520) 577-1544 (Servicer) | HSBC Bank Nevada, N.A. |
| | C/O Bass & Associates, P.C. |
| | 3936 E. Ft. Lowell Rd. |
| Last Four Digits of Account #   ************4539 | Tucson, AZ 85712 |
| | Telephone: (520) 577-1544 |
| Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Account #:   ************4539 |
| eCAST Settlement Corporation | |
| PO Box 7247-6971 | |
| Philadelphia, PA. 19170-6971 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/   Patti H Bass                                             Date:   03/09/2009
          Patti H Bass, Esq  (AZ 016849)
          Attorney for Creditor
          Bass & Associates, P.C.
          3936 E Ft Lowell Rd, Suite 200
          Tucson, AZ 85712
          (520) 577-1544
          ecf@bass-associates.com

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.



[ON SELLER LETTERHEAD]

### Exhibit 6

### ASSIGNMENT OF ACCOUNTS

HSBC Private Label Acquisition Corporation (USA), HSBC Bank Nevada, N.A., and HSBC Retail Credit (USA) Inc., ("Seller"), for value received, without recourse, transfers, sells, assigns, conveys, grants and delivers to eCast Settlement Corporation ("Buyer"), upon each Funding Date (as defined in the Agreement for the Sale and Purchase of Forward Flow Bankruptcy Receivables dated as of April 17, 2003, as amended between Seller and Buyer ("Agreement"), all right, title and interest in and to certain consumer credit accounts ("Accounts"), as such are further described in the Agreement, purchased on the related Funding Date and all proceeds of such Accounts after the applicable Cut-Off Date, as further described in the Purchase Agreement.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: 3/27/08

HSBC PRIVATE LABEL ACQUISITION
CORPORATION (USA)

By: _____
Marcelo Aita
Vice President

HSBC BANK NEVADA, N.A.

By: _____
Marcelo Aita
Vice President

HSBC RETAIL CREDIT (USA) INC.

By: _____
Marcelo Aita
Director of Collections

**HSBC Retail Services**
90 Christiana Road, New Castle, DE 19720